UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

JAMES ALLEN and JOHN LITTLEFIELD )
)
)
Plaintiffs )
)
v. ) Case No. 2:22-cv-00149-LGW-BWC
)
TWIN PALMS PUBLISHERS, INC. and )
JACK WOODY d/b/a Twin Palms Publishers )
)
Defendants )

# RULE 26(f) REPORT

1. Date of Rule 26(f) conference: March 24, 2023
2. Parties or counsel who participated in conference:
   Craig T. Jones (counsel for Plaintiffs)
   David Levy (counsel for Defendants)

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.
   Not applicable

4. Date the Rule 26(a)(1) disclosures were made or will be made:
   May 1, 2023

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,
   (a) Identify the party or parties making the objection or proposal:

   Not applicable

   (b) Specify the objection or proposal:

6. The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery,

   (a) Identify the party or parties requesting additional time:

   Not applicable

   (b) State the number of months the parties are requesting for discovery:

   _____ months

   (c) Identify the reason(s) for requesting additional time for discovery:

   \_\_\_\_ Unusually large number of parties

   \_\_\_\_ Unusually large number of claims or defenses

   \_\_\_\_ Unusually large number of witnesses

   \_\_\_\_ Exceptionally complex factual issues

   \_\_\_\_ Need for discovery outside the United States

   \_\_\_\_ Other: _____

   (d) Please provide a brief statement in support of each of the reasons identified above:

7. If any party is requesting that discovery be limited to particular issues or conducted in phases, please

    (a) Identify the party or parties requesting such limits:

    Not applicable

    (b) State the nature of any proposed limits:

8. The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule 26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

    Last day to file motions               30 days after close of discovery

    If any party requests a modification of any of these deadlines,

    (a)    Identify the party or parties requesting the modification:

           Not applicable

    (b)    State which deadline should be modified and the reason supporting the request:

9.    If the case involves electronic discovery,

    (a)    State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memorialized in the scheduling order, briefly describe the terms of their agreement:

           All emails, spreadsheets, or other electronic files will be produced in native format along with any applications necessary to view them.

    (b)    Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

10. If the case is known to involve claims of privilege or protection of trial preparation material,

   (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

   Unknown at this time, but the parties do not believe privilege issues will arise

   (b) Briefly describe the terms of any agreement the parties wish to have memoralized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

   (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

11. State any other matters the Court should include in its scheduling order:

   The parties agree that Southern Picker Antiques, LLC should be added as a party for purposes of Defendants' counterclaim

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

This case will involve exchange of documents and the parties will discuss settlement after all documents have been exchanged and reviewed.

This 7th day of April, 2023.

/s/ Craig T. Jones
CRAIG T. JONES
Ga. Bar No. 399476
Attorney for Plaintiffs

CRAIG T. JONES, P.C.
Post Office Box 129
Washington, Georgia 30673
(678) 643-0062
craigthomasjones@outlook.com

/s/ David V. Levy
DAVID V. LEVY
Ga. Bar No. 449405
Attorney for Defendants

LEVY & ZEEWY, LLC
1862 Independence Sq., Suite D
Atlanta, Georgia 30338-5136
Tel: (678) 281-3000
Fax: (678) 281-3001
dlevy@levyzeewy.com